**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01381-BNB

DARLENE GRIFFITH,

    Plaintiff,

v.

DAVID TESSIER, H.S.A.,
JOY HART, M. H. Supervisor,
GARY MORGAN, Clinician for M. H.,
JAN SYLVIA, Clinician for M. H.,
DANIEL PLAGGE, Clinician for M. H.,
DOUG ROBERTS, P.P.M.U. ,
JOHN DOE, P.P.M.U. at K.C.C.F.,
HOPE C. BEATHE, Ph.D.,
JAMES MICHAUD, Ph.D.,
PAUL FRANTZ, M.D.,
TIMOTHY CREANY, Cheif [sic] Medical Officer,
DAVID REPART, Lt.,
SALVAGE, Captin [sic], and
FRED GIFFORD, Associate Warden,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (ECF No. 8) filed on June 11, 2013, asking the Court to mail a copy of the Court-approved form for filing a Prisoner Complaint because prison officials refuse to provide him with one is GRANTED.  The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the Prisoner Complaint form and applicable instructions so that Plaintiff may comply with the order of June 3, 2013 (ECF No. 6) for an amended Prisoner Compliant.  Plaintiff shall be allowed **thirty (30) days from the date of this minute order** to file an amended complaint that complies with the June 3 order.  Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated:  June 13, 2013